UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:   TIMOTHY KRUPP and            CHAPTER 7 BANKRUPTCY
         TAMMY KRUPP

         Debtor.                       Case No.: 17-31545-SVK

**NOTICE OF MOTION TO REOPEN CHAPTER 7 CASE WITH RESPECT TO DEBTOR TIMOTHY KRUPP**

Rizzo & Diersen, S.C., by Piermario Bertolotto, Attorney for the Debtors, has filed papers with the Court requesting to reopen the above-captioned case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to reopen the case or if you want the Court to consider your views on the motion, on or before **21 days** from the date of this notice, you or your attorney must:

File with the Court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk, U.S. Bankruptcy Court
517 E. Wisconsin Ave, Rm. 126
Milwaukee, WI 53202

If you mail your request or response to the Court for filing, you must mail it early enough so the Court will **receive** it

1

on or before 21 days after the date of this notice.

You must also mail a copy to the parties listed below and on the attached mailing matrix:

United States Trustee
Eastern District of Wisconsin
517 E. Wisconsin Ave, Room 430
Milwaukee, WI 53202

Piermario Bertolotto
Rizzo & Diersen, S.C.
3505 30th Avenue
Kenosha, WI 53144

If you or your attorney do not take these steps, the Court may decide that you do not oppose and may reopen the case.

Dated this 5th day of February, 2018.

RIZZO & DIERSEN, S.C.
Attorneys for Debtor

By: _____
Piermario Bertolotto
State Bar No.: 1044687

RIZZO & DIERSEN, S.C.
Attorneys at Law
3505 - 30th Avenue
Kenosha, WI 53144
Tel: (262)652-5050
Fax: (262)652-5053

2

Case 17-31545-svk    Doc 10    Filed 02/05/18    Page 2 of 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In RE: TIMOTHY KRUPP and TAMMY KRUPP | CHAPTER 7 BANKRUPTCY |
| Debtors. | Case No.: 17-31545-SVK |

MOTION TO REOPEN CASE WITH RESPECT TO TIMOTHY KRUPP

The Debtors, Timothy Krupp and Tammy Krupp, by their attorneys, RIZZO & DIERSEN, S.C., by Attorney Piermario Bertolotto, moves the court to reopen the above-captioned case, and in support of the Motion respectfully presents:

1. The Debtors, Timothy and Tammy Krupp, filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on November 30, 2017.

2. The Debtors appeared at the §341 Meeting of Creditors on January 4, 2018.

3. The Debtors were unaware of the new requirement to file the new Local Form 1007 and file the 60 days of Payment Advices with the Court and said form and supporting documents were inadvertently not filed.

4. On January 18, 2018, the Debtors' case was dismissed without a discharge with respect to Mr. Timothy Krupp for failure to complete and timely file Local Form 1007 and supporting Payment Advices.

5. The Debtors are ready, willing, and able to file the required Local Form 1007 and supporting Payment Advices.

6. Section 350(b) of the Bankruptcy Code authorizes

this Court to reopen a case to administer assets, to accord relief to the debtors, or for other cause.

WHEREFORE, the Debtors request an order directing that this case be reopened with respect to Mr. Timothy Krupp to enable the Debtors to file the Local Form 1007 and supporting Payment Advices and receive a discharge, and granting such other and further relief as is appropriate.

Dated this 5th day of February, 2018.

RESPECTFULLY SUBMITTED
RIZZO & DIERSEN, S.C.
ATTORNEYS FOR DEBTORS

By: _____
Piermario Bertolotto
State Bar No.: 1044687

RIZZO & DIERSEN, S.C.
Attorneys at Law
3505 - 30th Avenue
Kenosha, WI 53144
Tel: (262)652-5050
Fax: (262)652-5053

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In RE: TIMOTHY KRUPP and TAMMY KRUPP | CHAPTER 7 BANKRUPTCY |
| Debtors. | Case No.: 17-31545-SVK |

AFFIDAVIT OF PIERMARIO BERTOLOTTO IN SUPPORT OF THE MOTION TO REOPEN CASE WITH RESPECT TO TIMOTHY KRUPP

STATE OF WISCONSIN )
                   ) SS
COUNTY OF KENOSHA  )

Piermario Bertolotto, being first duly sworn, on oath, deposes and says, upon information and belief, as follows:

1. I am the attorney for the Debtors, Timothy & Tammy Krupp, in the above-entitled bankrupty;

2. The local rules changed prior to filing this case;

3. Local Form 1007 was inadvertently not filed;

4. My office has taken steps internally to ensure that this does not happen in the future;

5. This affidavit is made in support of the Motion to Reopen Chapter 7 Case with respect to Timothy Krupp.

Dated this 5th day of February, 2018.

_____
Piermario Bertolotto

Subscribed and Sworn to before me
this 5 day of February, 2018.

_____
Notary Public,
Kenosha County, State of Wisconsin
My Commission expires: 8-29-2021.

[Notary Seal: CAROLYNN M. FRAZER, NOTARY PUBLIC, STATE OF WISCONSIN]

RIZZO & DIERSEN, S.C.
Attorneys at Law
3505 - 30th Avenue
Kenosha, WI 53144
Tel: (262) 652-5050
Fax: (262) 652-5053

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: TIMOTHY KRUPP and
TAMMY KRUPP           CHAPTER 7

Debtors.    Case No. 17-31545-SVK

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN  )
                    ) ss
COUNTY OF KENOSHA   )

      I, Carolynn M. Frazer, being first duly sworn on oath, depose and say that I mailed a true copy of the **NOTICE OF MOTION TO REOPEN CHAPTER 7 CASE WITH RESPECT TO TIMOTHY KRUPP AND MOTION TO REOPEN CHAPTER 7 CASE WITH RESPECT TO TIMOTHY KRUPP**, in the above-entitled action, to the person(s) named and at the addresses stated hereinafter, by enclosing the same in an envelope which was postpaid for first class handling, which bore the sender's return address of RIZZO & DIERSEN, S.C., 3505 30th Avenue, Kenosha, Wisconsin, 53144, and which was mailed in Kenosha, Wisconsin, on February 5, 2018.

**NOTICE VIA CM/ECF:**

U.S. Trustee Eastern District

Douglas Mann
Trustee

**NOTICE VIA FIRST CLASS MAIL:**

Timothy & Tammy Krupp
111 Eastown Manor
Elkhorn, WI 53121

See Addendum A for additional creditors.

Dated this 5th day of February, 2018.

_____
Carolynn M. Frazer

Subscribed and Sworn to before me
this 5th day of February, 2018.

_____
Notary Public,
Kenosha County, State of Wisconsin
My Commission <u>is permanent</u>.

Drafted by:
Piermario Bertolotto
RIZZO & DIERSEN, S.C.
Attorneys at Law
3505 30th Avenue
Kenosha, WI 53144
Phone (262)652-5050
Fax   (262)652-5053

Addendum A

Assctd/gelsi
Po Box 7860
Madison, WI 53707-7860

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801-5015

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130-0253

Chase
Attn: Correspondence Dept
Po Box 15298
Wilmingotn, DE 19850-5298

Chase Card Services
Attn: Correspondence
Po Box 15278
Wilmington, DE 19850-5278

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

At&T Universal Citi Card
Po Box 6500
Sioux Falls, SD 57117-6500

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899-8803

Capital One
PO BOX 4292
Carol Stream, IL 60197-4292

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Chase Mortgage
3415 Vision Dr
Columbus, OH 43219-6009

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/bstonstr
Po Box 182125
Columbus, OH 43218-2125

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Cbusasears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/Maurices
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Credit First National Assoc
Attn: BK Credit Operations
Po Box 81315
Cleveland, OH 44181-0315

Fifth Third Bank
Attn: Bankruptcy Department
1830 E Paris Ave Se
Grand Rapids, MI 49546-8803

First Federal Svg/glel
Po Box 7860
Madison, WI 53707-7860

INTERNAL REVENUE SERVICE
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

Syncb Bank/American Eagle
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Flex LC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Us Dept Of Ed/Great Lakes Higher Educati
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704-3121

Wellsfargo
Attn: Bankruptcy
Po Box 9210
Des Moines, IA 50306-9210

Wisconsin Department of Revenue
Special Procedures Unit
PO BOX 8901
Madison, WI 53708-8901

Kwik Trip
1626 Oak Street
Po Box 2107
La Crosse, WI 54602-2107

Peoples Bk Credit Card Services
Attn: Bankruptcy
Po Box 7092
Bridgeport, CT 06601-7092

Syncb/ccsycc
Po Box 96060
Orlando, FL 32896-0001

Synchrony Bank/ JC Penney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/American Care Credit
Po Box 956060
Orlando, FL 32896-0001

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Target
C/O Financial & Retail Srvs
Mailstopn BT POB 9475
Minneapolis, MN 55440-9475

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Wffnb Retail
Cscl Dispute Team
Des Moines, IA 50306

Worlds Foremost Bank N
Attn: Bankruptcy
4800 Nw 1st St
Lincoln, NE 68521-4463

Landmark Credit Union
Po Box 51070
New Berlin, WI 53151

Syncb
Po Box 965060
Orlando, FL 32896-5060

Syncb/sunglass Hut
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/American Eagle
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV PO Box 9475
Minneapolis, MN 55440-9475

Wells Fargo Bank
Mac-F8235-02f
Po Box 10438
DesMoines, IA 50306-0438

Wffnb Retail Srvs/Mattress Firm
Wffnb Card Services
Po Box 51193
Las Vegas, NV 89193